1

Eric J. Nims (SBN: 191177)
Chapter 7 Trustee
P.O. BOX 873
LINDEN, CA 95236
Tel: (209) 887-3585
Fax: (209) 887-3585

FILED

JAN - 6 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Modesto Division)

In Re:

MACKEY JR, ORLANDO LYNN

Debtor.

Case No: 13-91536-E-7

Chapter 7 Case

Please find submitted herewith check # 300006 in the sum of $ 5,036.77 representing the total amount of unclaimed dividend (s) in the above-entitled estate.

Claim # 1

Debbie Breashears
c/o The Dunnon Law Firm
Attn: Todd D. Reeves
2711 Garden Road
Monterey, Ca 93940

Dated: 12-23-14

Eric J. Nims
Chapter 7 Trustee